IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHERRY KAY SAILORS,

    Plaintiff,

v.

CAROLYN W. COLVIN,
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

    Defendant.
_____

Civ. No. 3:13-cv-01095-MC

ORDER

MCSHANE, Judge:

On November 7, 2014, the Court reversed the Commissioner's decision and remanded the matter for a calculation of benefits. *See* ECF No. 20. Pursuant to a stipulation between the parties, plaintiff now moves for an award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d) in the amount of $6,788.16. The Court reviewed counsel's documentation of hours spent on this matter. The stipulated motion for fees, ECF No. 22, is GRANTED. Pursuant to the stipulation, any EAJA fees awarded to plaintiff's counsel are subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 139 S. Ct. 2521 (2010).

IT IS SO ORDERED.

DATED this 23rd day of January, 2015.

                         _____/s/ Michael J. McShane_____
                              Michael McShane
                          United States District Judge

1 – ORDER